MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

*   Admitted in NY and NJ
**  Admitted in NY, NJ, La and OH

# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960
Tel:  (973) 993-5161
Fax:  (973) 539-6409

mfc@caseybarnett.com
Direct: 646-362-8919

January 29, 2020

*Via ECF*

Honorable Paul A. Engelmayer
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Federal Insurance Company v. MSC etc et al*
19 cv 8998 (PAE)
Our Ref: 527-03

Dear Honorable Judge:

We represent the plaintiff in the referenced matter. We note that the Court has scheduled the initial Rule 16 Conference for February 13, 2020 at 2:30 pm pursuant to the Court's Order dated December 19, 2019.

The undersigned, with the consent of both defendants, writes to request that the Rule 16 Conference be adjourned for 30 days, to early March, 2020. The reason for the request is that the parties are close to resolving the claim and are hopeful of doing so without incurring any unnecessary costs or legal fees. We also seek to avoid wasting the Court's resources.

We thank the Court for its consideration of this request.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*Martin Casey*

Martin F. Casey

cc: All Counsel

Granted. The initial pretrial conference in this matter is adjourned to March 3, 2020 at 3:00 p.m. SO ORDERED.

_____
PAUL A. ENGELMAYER   1/29/2020
United States District Judge