UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>                                              Plaintiff,<br>            -v-<br><br>MSC MEDITERRANEAN SHIPPING COMPANY S.A. and UNITED CARGO MANAGEMENT, INC.,<br><br>                                              Defendants. | 19 Civ. 8998 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's conference, with plaintiff's consent, defendant United Cargo Management, Inc. is hereby dismissed without prejudice for failure to timely serve the complaint.

SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                               PAUL A. ENGELMAYER
                                                               United States District Judge

Dated: March 3, 2020
       New York, New York